UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDREA KRUEGER,

       Plaintiff,

v.

                                             CASE NO. 8-04-CV-142-T-MAP

HILLSBOROUGH COUNTY SHERIFF'S
DEPUTY STUART BELL and DAVID GEE,
in his official capacity as Sheriff of Hillsborough
County, a Political subdivision of the State of
Florida,

       Defendants.

_____/

**ORDER**

      This cause came on for consideration upon Defendants' Motion to Tax Costs (doc. 61). After consideration, I find that Defendants used the improper procedure in seeking the taxation of costs. Pursuant to Fed.R.Civ.P. 54(d)(1), in order to recover costs Defendants must file a verified bill of costs for taxation by the Clerk of Court.[1] The clerk then taxes the permissible costs and either party has five days to motion the Court for review of the clerk's action. "The function of the court in the process of taxing costs is merely to review the determination of the clerk. Therefore, nothing normally can come before the court until the clerk has acted and an objection has been made." 10 Wright, Miller & Kane, *Federal Practice and Procedure Civil 3d* § 2679.

      Accordingly, it is hereby

---

[1] This district utilizes a standardized form for filing a bill of costs that is available in the clerk of court's office.

ORDERED:

1.	Defendants' Motion to Tax Costs (doc. 61) is DENIED.

DONE AND ORDERED in chambers at Tampa, Florida, on this <u>16th</u> day of November, 2005.

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE